1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMILLA HERRON,           )<br>                              )<br>        Plaintiff,           )<br>                              )<br>    v.                        )<br>                              )<br>DRUG ENFORCEMENT      )<br>ADMINISTRATION,         )<br>                              )<br>        Defendant.          )<br>_____) | Case No.: C 10-3868 PVT<br><br>**ORDER** C<small>ONTINUING</small> C<small>ASE</small> M<small>ANAGEMENT</small> C<small>ONFERENCE TO</small> A<small>LLOW</small> P<small>LAINTIFF</small> T<small>IME TO</small> P<small>ROPERLY</small> S<small>ERVE</small> D<small>EFENDANT</small> |

On November 5, 2010, Plaintiff filed a Case Management Conference Statement in which she states she will be requesting a default judgment.[1]  However, the Affidavit of Process Server that Plaintiff filed on September 15, 2010 does not show that Defendant has been properly served with the complaint.  The Affidavit states that the process server served Defendant by delivering copies of the Summons, Complaint, and related documents to Alfred Regnery, Chief Counsel and Authorized Agent of the Drug Enforcement Administration.  There is no indication in the docket that Plaintiff has complied with *all* of the requirements of Federal Rules of Civil Procedure 4(i)(2), which provides:

> "To serve a United States agency or corporation, or a United States officer or employee sued only in an official capacity, a party *must serve the United States* **and**

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

O<small>RDER</small>, *page 1*

>*also* send a copy of the summons and of the complaint by registered or certified mail *to the agency,* corporation, officer, or employee." See Fed.R.Civ.Pro. 4(i)(2) (emphasis added).

Thus, to serve an agency of the United States, a plaintiff must serve both the United States (by the means set forth in Rule 4(i)(1)), *and* send copies of the summons and complaint to the agency by either registered or certified mail.  Therefore, based on the file herein,

IT IS HEREBY ORDERED that the Case Management Conference is CONTINUED to 2:00 p.m. on January 25, 2011 to allow Plaintiff time to properly serve Defendant, and for Defendant to respond to the complaint.  The parties shall file their Joint Case Management Conference Statement no later than January 18, 2011.

Dated:   *11/9/10*

PATRICIA V. TRUMBULL
United States Magistrate Judge