UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CAMILLA HERRON, | Case No.: 10-CV-03868-LHK |
| Plaintiff, | |
| v. | |
| DRUG ENFORCEMENT ADMINISTRATION, | NOTICE VACATING CASE MANAGEMENT CONFERENCE |
| Defendant. | |

The parties to this action have filed a stipulation of dismissal under Federal Rule of Civil Procedure 41(a).  In light of this, the Case Management Conference set for today, April 6, 2011 at 2 pm is VACATED.

**IT IS SO ORDERED.**

Dated: April 6, 2011

_____
LUCY H. KOH
United States District Judge

1

Case No.: 10-CV-03868-LHK
NOTICE VACATING CASE MANAGEMENT CONFERENCE